Opinion issued April 24, 2008










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00878-CV






PATRICIA BURKS, Appellant


V.


TEXAS WORK FORCE COMMISSION AND SARA LEE FOOD SERVICE,
Appellee






On Appeal from the County Civil Court at Law No. 4

 Harris County, Texas

Trial Court Cause No. 896551






MEMORANDUM OPINION Appellant, Patricia Burks, has failed to timely file a brief. See Tex. R. App. P.
38.8(a) (failure of appellant to file brief). After being notified that this appeal was
subject to dismissal, appellant did not adequately respond. See Tex. R. App. P.
42.3(b) (allowing involuntary dismissal of case).

 We dismiss the appeal for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.